UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REES ASSOCIATES, INC.,
an Oklahoma corporation,

      Plaintiff,                                    Case No. 8:09-cv-1413-T-26EAJ

vs.

SENIOR CARE INTERNATIONAL, LLC,
a Florida limited liability corporation,
individually, and by and through its
Managers, DAVID R. VAUGHAN and
SENIOR CARE INTERNATIONAL, INC.,
n/k/a SENIOR INTERNATIONAL
SERVICES, INC., a Florida corporation,
BERTRAM A. THOMAS, individually,
BERT THOMAS, A.I.A., P.A. and
DAVID R. VAUGHAN, individually,

      Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

                              State Court Action; *REES Associates, Inc. v. Senior Care, et al.*, In The Circuit Court Of The Thirteenth Judicial Circuit In And For Hillsborough County, Florida, Case No.: 07-CA-014262; Plaintiff does

# 2646144 v1

2

<u>not believe the matter/action listed is actually related to the action sub judice, as a matter of law or otherwise.  However, the Plaintiff merely lists the State Court Action to this Court in an abundance of caution concerning full disclosure and with respect to this Court.</u>

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

      Dated: August 6, 2009.

                                                **/s/ William H. Beaver, II**
                                                William H. Beaver, II, Esq.
                                                Florida Bar No. 0869007
                                                GRAY ROBINSON, P.A.
                                                301 E. Pine Street, Suite 1400
                                                Post Office 3068 (32802-3068)
                                                Orlando, FL  32801
                                                Phone:  407-843-8880
                                                Fax:     407-244-5690
                                                wbeaver@gray-robinson.com
                                                Counsel for Plaintiff