UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REES ASSOCIATES, INC.,
an Oklahoma corporation,

    Plaintiff,

vs.

Case No. 8:09-cv-1413-T-26EAJ

SENIOR CARE INTERNATIONAL, LLC,
a Florida limited liability corporation,
Individually, and by and through its
Managers, DAVID R. VAUGHAN and
SENIOR CARE INTERNATIONAL, INC.,
n/k/a SENIOR INTERNATIONAL
SERVICES, INC., a Florida corporation,
BERTRAM A. THOMAS, individually,
BERT THOMAS, A.I.A., P.A., and
DAVID R. VAUGHAN, Individually,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rees Associates, Inc. and Defendants, Senior Care International, LLC; Senior Care International, Inc., n/k/a Senior International Services Inc.; David R. Vaughan, individually; Bertram A. Thomas, individually; and Bert Thomas, A.I.A., P.A. stipulate and agree to the dismissal of this action, including dismissal of all claims, with prejudice, each party to bear its own attorneys' fees and costs.

s/Frederick J. Grady
Frederick J. Grady
Florida Bar No. 437980
fred.grady@hklaw.com
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
P.O. Box 1288
Tampa, Florida 33601-1288
Phone: (813) 227-8500
Fax: (813) 229-0134

*Attorneys for Defendants Senior Care And Vaughan*

s/William H. Beaver, II
William H. Beaver, II
Florida Bar No. 869007
wbeaver@gray-robinson.com
Michael D. Porter, Esq.
Florida Bar No. 0031149
mporter@gray-robinson.com
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Post Office 3068 (32802-3068)
Orlando, FL 32801
Phone: (407) 843-8880
Fax: (407) 244-5690

*Attorneys for Plaintiff*

s/Michele G. Johnson
Michele G. Johnson
Florida Bar No. 0667919
mjohnson@bankerlopez.com
Banker Lopez Gassler, P.A.
189 South Orange Avenue, Suite 850
Orlando, FL 32801
Phone: (407) 406-5550
Fax: (407) 406-5555

*Attorneys for Defendants Bertram A. Thomas and Bert Thomas, A.I.A., P.A.*

# 9188952_v1

2